**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1003**

_____

MICHAEL SCHAEFER,

                                    Plaintiff - Appellant,

        versus

LINDA H. LAMONE, Administrator, State Board of
Elections,

                                    Defendant - Appellee,

        and

GENE RAYNOR, Election Director, Baltimore City
Board of Elections,

                                    Defendant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(1:06-cv-00896-BEL)

_____

Submitted:  August 22, 2007         Decided:  September 28, 2007

_____

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Roger Jon Diamond, Santa Monica, California, for Appellant.
Douglas F. Gansler, Attorney General of Maryland, Mark J. Davis,
Assistant Attorney General, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Schaefer appeals the district court's order granting Appellee's motion to dismiss his civil complaint alleging Maryland's Election Law requiring alphabetical listing of candidates' names on ballots violated the Equal Protection Clause. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See Schaefer v. Lamone, No. 1:06-cv-00896-BEL (D. Md. Dec. 4, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED